UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BUSCH PROPERTIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:12CV2318 SNLJ |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, PA., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This matter comes before the Court on defendant National Union Fire Insurance Company of Pittsburgh, Pa.'s motion for summary judgment.  In accordance with the Memorandum and Order filed contemporaneously with this Judgment and incorporated herein,

**IT IS HEREBY ORDERED** that defendant National Union Fire Insurance Company of Pittsburgh, Pa.'s motion for summary judgment (ECF #55) is **GRANTED.**

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of defendant National Union Fire Insurance Company of Pittsburgh, Pa.

Dated this 31st day of October, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE