UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Busch Properties, Inc.,　Plaintiff(s),

vs.

National Union Fire Insurance Company of Pittsburgh, PA, Defendant(s).

Case No. 4:12-cv-02318-SNLJ

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff/Counter-Defendant Busch Properties, Inc. appeal(s) to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the ___31___ day of ___October___, 20_14_.

James F. Bennett
Counsel for Busch Properties, Inc.

/s/ James F. Bennett
Signature

**NOTE: IF YOU ARE NOT A PRISONER AND WERE PREVIOUSLY GRANTED LEAVE TO PROCEED IN FORMA PAUPERIS IN THIS CASE, YOU DO NOT NEED TO SUBMIT A MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL AND AFFIDAVIT IN SUPPORT.  See Fed. R. App. 24(a).**

## **CERTIFICATE OF SERVICE**

On November 20, 2014, I served a copy of this Notice of Appeal on all counsel of record using the Court's ECF system.

/s/ James F. Bennett
_____
James F. Bennett