# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 14-3699

Busch Properties, Inc.

Appellant

v.

National Union Fire Insurance Company of Pittsburgh, PA.

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-02318-SNLJ)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

Judge Benton did not participate in the consideration or decision of this matter.

March 30, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans